## 75228. BOWMAN et al. v. THE STATE.
### (382 SE2d 434)

CARLEY, Chief Judge.

In *Bowman v. State*, 186 Ga. App. 545 (368 SE2d 143) (1988), we affirmed appellants' convictions for criminal trespass. On certiorari, the Supreme Court reversed. *Bowman v. State*, 258 Ga. 829 (376 SE2d 187) (1989). Accordingly, the judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is reversed.

*Judgment reversed. Banke, P. J., and Benham, J., concur.*

### DECIDED APRIL 3, 1989.

*George M. Weaver*, for appellants.

*James L. Webb, Solicitor, Christina Craddock, Assistant Solicitor*, for appellee.